**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-1688**

_____

RUDIS ONAN CHICAS-SANCHEZ,

        Petitioner,

    v.

WILLIAM P. BARR, Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: January 2, 2020              Decided: January 14, 2020

_____

Before MOTZ, WYNN, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Christina A. Wilkes, WILKES LEGAL, LLC, Takoma Park, Maryland, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Emily Anne Radford, Assistant Director, David J. Schor, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rudis Onan Chicas-Sanchez, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion for reconsideration and reopening. We have thoroughly reviewed the record and conclude that the Board did not abuse its discretion in denying the motion. *See Urbina v. Holder,* 745 F.3d 736, 741 (4th Cir. 2014) (stating standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*